

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————————

No. 02-25-00337-CV

———————————————————

IN RE CONGHUA YAN, Relator

Original Proceeding
325th District Court of Tarrant County, Texas
Trial Court No. 325-707596-21 and 360-707596-21

Before Kerr, J.; Sudderth, C.J.; and Wallach, J.
Per Curiam Memorandum Opinion

# MEMORANDUM OPINION

The court has considered relator's petition for writ of mandamus and emergency motion for temporary relief and is of the opinion that relief should be denied. Accordingly, relator's petition for writ of mandamus and emergency motion for temporary relief are denied.

Per Curiam

Delivered:  July 15, 2025